| | |
|---|---|
| MARTIN L. FINEMAN, SBN 104413<br>DAVIS WRIGHT TREMAIN LLP<br>One Embarcadero Center, Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599<br>E-mail: martinfineman@dwt.com<br><br>THOMAS G. SCAVONE<br>MATTHEW G. McANDREWS<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236-0733<br>Facsimile: (312) 236-3137<br><br>Attorneys for Plaintiffs<br>ABLAISE LTD. and GENERAL<br>INVENTIONS INSTITUTE A, INC. | TERRY KEARNEY, SBN 160054<br>MICHAEL LEVIN, SBN 172329<br>LANCE KAVANAUGH, SBN 232001<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>E-mail: tkearney@wsgr.com<br><br>Attorneys for Defendant<br>E*TRADE SECURITIES LLC |

Case 3:05-cv-03581-JCS   Document 7   Filed 09/26/2005   Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLAISE LTD., ET AL,<br><br>   Plaintiffs,<br><br>   v.<br><br>E*TRADE SECURITIES LLC<br><br>   Defendant. | CASE NO.:  C 05-03581 JCS<br><br>JOINT STIPULATION FOR EXTENSION OF TIME AND [~~PROPOSED~~] ORDER |

Plaintiffs Ablaise Ltd. and General Inventions Institute A, Inc., and defendant E*TRADE Securities, LLC ("E*TRADE"), through their counsel, hereby jointly stipulate and request that E*TRADE's Answer to the Complaint filed on September 6, 2005 and served on September 8, 2005 be due on October 28, 2005. The original due date for the Answer was September 28, 2005. E*TRADE requests the additional time to investigate the allegations in the Complaint in order to respond.

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER
RE EXTENSION OF TIME TO ANSWER
CASE No. C 05-03581

|   |   |
|---|---|
| 1 | The schedule has not been set in this case, so no dates are currently ordered for the discovery cutoff, motion hearing cutoff, pre-trial conference, or trial. The parties have not made prior requests for extensions of time in this case. |

Case 3:05-cv-03581-JCS   Document 7   Filed 09/26/2005   Page 2 of 2

Respectfully submitted,

Dated: September 26, 2005

DAVIS WRIGHT TREMAINE LLP

By: /s/ Martin L. Fineman
Martin L. Fineman

Attorneys for Plaintiffs Ablaise Ltd. and
General Inventions Institute A, Inc.

Dated: September 26, 2005

WILSON SONINSI GOODRICH & ROSATI

By: /s/ Terry Kearney
Terry Kearney

Attorneys for Defendant E*TRADE Securities LLC

**IT IS SO ORDERED.**

Dated: September 28 , 2005

By: _[signature]_
The Honorable Joseph C. Spero
UNITED STATES MAGISTRATE