UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC. | CASE NO.: C 05-03581 PJH |
| Plaintiff(s), | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| E*TRADE SECURITIES, LLC, | |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process:
    √    Private ADR (*please identify process and provider*) <u>Mediation, JAMS</u>

The parties agree to hold the ADR session by:
    √    the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

    other requested deadline _____

Dated: <u>12/15/05</u>                                      <u>/s/ Martin L. Fineman</u>
                                                        Attorney for Plaintiff

Dated: <u>12/15/05</u>                                      <u>/s/ Michael Levin</u>
                                                        Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- \_\_\_\_ Non-binding Arbitration
- \_\_\_\_ Early Neutral Evaluation (ENE)
- \_\_\_\_ Mediation
- √ Private ADR

Deadline for ADR session
- √ 90 days from the date of this order
- \_\_\_\_ other

IT IS SO ORDERED.

Dated: 12/30/05

_____
UNITED STATES DISTRICT JUDGE

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel)*

Dated: _____   _____
[Typed name and signature of plaintiff]

Dated: 12/15/05    /s/ Martin L. Fineman_____
Martin L. Fineman, Attorneys for Plaintiff ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

Dated: 12/13/05    /s/ Diane Turriff _____
Diane Turriff, Associate General Counsel on behalf of Defendant E*TRADE SECURITIES, LLC

Dated: 12/15/05    /s/ Michael Levin_____
Michael Levin, Attorneys for Defendant E*TRADE SECURITIES, LLC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lance G. Kavanaugh, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of December, 2005 at Palo Alto, California.

By: /s/ Lance G. Kavanaugh
Lance G. Kavanaugh
