1  Martin L. Fineman, SBN 104413
   DAVIS WRIGHT TREMAINE LLP
2  One Embarcadero Center, Suite 600
   San Francisco, CA 94111-3834
3  Telephone: 415-276-6500
   Facsimile: 415-276-6599
4  E-Mail: martinfineman@dwt.com

5  Attorneys for Plaintiffs and Counter-defendants
   ABLAISE LTD. and GENERAL INVENTIONS
6  INSTITUTE A, INC.

7  Terry Kearney, SBN 160054
   Michael B. Levin, SBN 172329
8  Lance G. Kavanaugh, SBN 232001
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   650 Page Mill Road
10 Palo Alto, CA 94304-1050
   Telephone: 650-493-9300
11 Facsimile: 650-565-5100
   E-Mail: mlevin@wsgr.com
12
   Attorneys for Defendant and Counter-
13 claimant E*TRADE SECURITIES LLC

14
                       UNITED STATES DISTRICT COURT
15                     NORTHERN DISTRICT OF CALIFORNIA
                            SAN FRANCISCO DIVISION
16

| 17 | ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | CASE NO.: C 05-03581 PJH |
|----|---|---|
| 18 | | **STIPULATION OF DISMISSAL WITH PREJUDICE** ; AND ORDER |
| 19 | Plaintiffs, v. | |
| 20 | E*TRADE SECURITIES LLC | |
| 21 | Defendant. | |
| 22 | E*TRADE SECURITIES LLC | |
| 23 | Counter-claimant, v. | |
| 24 | ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | |
| 25 | | |
| 26 | Counter-defendants. | |

27     Plaintiffs Ablaise Ltd. and General Inventions Institute A, Inc. (collectively, "Plaintiffs")
28 and defendant E*TRADE Securities LLC ("E*TRADE") hereby stipulate, pursuant to Fed. R.

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C 05-03581 PJH

1  Civ. P. 41(a)(1) and 41(c), that Plaintiffs' claims against E*TRADE shall be dismissed with
2  prejudice, and that E*TRADE's counterclaims against Plaintiffs shall be dismissed with
3  prejudice, with each party bearing its own costs and fees.

Dated: March 13, 2006                    DAVIS WRIGHT TREMAINE LLP


By /s/ Martin L. Fineman
    Martin L. Fineman

Attorneys for Plaintiffs and Counter-defendants
Ablaise Ltd. and General Inventions Institute A, Inc.


Dated: March 13, 2006                    WILSON SONSINI GOODRICH & ROSATI


By: /s/ Michael B. Levin
    Michael B. Levin

Attorneys for Defendant and Counter-claimant
E*TRADE Securities LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2006                    _____
                                         HON. PHYLLIS J. HAMILTON
                                         UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge Phyllis J. Hamilton